1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  LINDA C. ALLISON, # 179741
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax: 916-498-5710
   Linda_allison@fd.org
5
   Attorney for Defendant
6  CRISPIN GALIANA GONZALEZ-MORAS

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,              )  Case No:  2:19-CR-0093 MCE
                                           )
11              Plaintiff,                 )
                                           )  STIPULATION AND ORDER
12  vs.                                    )  TO CONTINUE STATUS CONFERENCE
                                           )
13  CRISPIN GALIANA GONZALEZ-             )
    MORAS,                                 )
14                                         )
                Defendant.                 )
15  _____)

16
17          IT IS HEREBY STIPULATED between the parties through their respective counsel,

18  Assistant United States Attorney MIRA CHERNICK and Assistant Federal Defender LINDA C.

19  ALLISON, attorney for CRISPIN GALIANA GONZALEZ-MORAS, that the status conference

20  hearing set for July 25, 2019 be continued to August 15, 2019 at 10:00 a.m.

21          The reason for this continuance is that the Counsel and the government are in plea

22  negotiations and defense counsel needs additional time to review the proposed agreement with her

23  client and to continue with an investigation.

24          The parties further stipulate and agree to exclude time from the date of this stipulation

25  / / /

26  / / /

27  / / /

28  / / /

July 25, 2019 to August 15, 2019 under the Speedy Trial Act (18 U.S.C. § 3161 (h)(7)(B)(iv))(Local Code T4).

Dated: July 24, 2019                                    Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Linda C. Allison*
LINDA C. ALLISON
Assistant Federal Defender
Attorney for Defendant
CRISPIN GALIANA GONZALEZ-MORAS

Dated: July 24, 2019                                    McGREGOR W. SCOTT
United States Attorney

*/s/ Linda C. Allison for*
MIRA CHERNICK
Assistant United States Attorney

## ORDER

IT IS HEREBY ORDERED that the status conference hearing set for July 25, 2019 at 10:00 a.m. be continued to August 15, 2019 at 10:00 a.m.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the date of this order though August 15, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A), (B)(iv) and Local Code T4 because it results from a continuance granted by the Court at both parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  July 24, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE