HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, # 179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710
Linda_allison@fd.org

Attorney for Defendant
CRISPIN GALIANA GONZALEZ-MORAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No: 2:19-cr-093 MCE |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| vs. | ) TO CONTINUE STATUS CONFERENCE |
| | ) |
| CRISPIN GALIANA GONZALEZ-MORAS, | ) Date: August 15, 2019 |
| | ) Time: 10:00 a.m. |
| | ) Judge: Hon. Morrison C. England, Jr. |
| Defendant. | ) |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney Mira Chernick and Assistant Federal Defender Linda C. Allison, attorney for Crispin Galiana Gonzalez-Moras, that the status conference hearing set for August 15, 2019 be continued to October 10, 2019 at 10:00 a.m.

The reason for this continuance is that the Counsel and the government are in plea negotiations and defense counsel needs additional time to review the proposed agreement with her client and to continue with an investigation.

The parties further stipulate and agree to exclude time from the date of this stipulation August 15, 2019 to October 10, 2019 under the Speedy Trial Act (18 U.S.C. § 3161 (h)(7)(B)(iv))(Local Code T4).

| | | |
|---|---|---|
| Dated: August 13, 2019 | | Respectfully submitted, |

HEATHER E. WILLIAMS
Federal Defender

*/s/ Linda C. Allison*
LINDA C. ALLISON
Assistant Federal Defender
Attorney for Defendant
CRISPIN GALIANA GONZALEZ-MORAS

Dated: August 13, 2019

McGREGOR W. SCOTT
United States Attorney

*/s/ Linda C. Allison for*
MIRA CHERNICK
Assistant United States Attorney

**ORDER**

IT IS HEREBY ORDERED that the status conference hearing set for August 15, 2019 at 10:00 a.m. be continued to October 10, 2019 at 10:00 a.m.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the parties stipulated through October 10, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A), (B)(iv) and Local Code T4 because it results from a continuance granted by the Court at both parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: August 14, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE