| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | LINDA C. ALLISON, # 179741 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax: 916-498-5710 |
| | Linda_allison@fd.org |
| 5 | |
| | Attorney for Defendant |
| 6 | CRISPIN GALIANA GONZALEZ-MORAS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No: 2:19-cr-093 MCE |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| vs. | ) TO CONTINUE STATUS CONFERENCE |
| | ) |
| CRISPIN GALIANA GONZALEZ-MORAS, | ) Date: October 10, 2019 |
| | ) Time: 10:00 a.m. |
| | ) Judge: Hon. Morrison C. England, Jr. |
| Defendant. | ) |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney Mira Chernick and Assistant Federal Defender Linda C. Allison, attorney for Crispin Galiana Gonzalez-Moras, that the status conference hearing set for October 10, 2019 be continued to November 7, 2019 at 10:00 a.m.

The reason for this continuance is that the Counsel and the government are in plea negotiations and defense counsel needs additional time to review the proposed agreement with her client and to continue with an investigation.

The parties further stipulate and agree to exclude time from the date of this stipulation October 10, 2019 to November 7, 2019 under the Speedy Trial Act (18 U.S.C. § 3161 (h)(7)(B)(iv))(Local Code T4). The parties stipulate that the ends of justice served by granting

this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

Dated: October 4, 2019          Respectfully submitted,

                                HEATHER E. WILLIAMS
                                Federal Defender

                                */s/ Linda C. Allison*
                                LINDA C. ALLISON
                                Assistant Federal Defender
                                Attorney for Defendant
                                CRISPIN GALIANA GONZALEZ-MORAS

Dated: October 4, 2019          McGREGOR W. SCOTT
                                United States Attorney

                                */s/ Linda C. Allison for*
                                MIRA CHERNICK
                                Assistant United States Attorney

**ORDER**

IT IS HEREBY ORDERED that the status conference hearing set for October 10, 2019 at 10:00 a.m. be continued to November 7, 2019 at 10:00 a.m.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the parties stipulated through November 7, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A), (B)(iv) and Local Code T4 because it results from a continuance granted by the Court at both parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: October 7, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE