McGREGOR W. SCOTT
United States Attorney
MIRA CHERNICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00093-MCE |
|---|---|
| Plaintiff, | **NOTICE OF EXCLUSION OF TIME** |
| v. | |
| CRISPIN GALIANA GONZALEZ-MORAS, | DATE: November 15, 2019 |
| | JUDGE: Hon. Morrison C. England, Jr |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney Mira Chernick and Assistant Federal Defender Linda C. Allison, attorney for Crispin Galiana Gonzalez-Moras, that the time period from November 15, 2019, through December 4, 2019, should be excluded for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence.

The parties were set to appear for a Change of Plea on November 14, 2019, which has now been continued to December 4, 2019, on the Court's own motion. Defense counsel requires time to review the discovery in this case in order to prepare a defense should the Change of Plea not proceed as planned, and to assess the potential application of certain provisions of the Sentencing Guidelines in order to fully advise her client regarding his potential plea. Accordingly, the parties respectfuly request that the time between November 15, 2019, and

December 4, 2019, be excluded under U.S.C. 18 U.S.C. § 3161(h)(7)(A), (B)(iv) and Local Code T4.

Dated: November 15, 2019	Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney


*/s/ Mira Chernick*
MIRA CHERNICK
Assistant United States Attorney


Dated: November 19, 2019	HEATHER E. WILLIAMS
Federal Defender


*/s/ Mira Chernick for*
LINDA C. ALLISON
Assistant Federal Defender
Attorney for Defendant
CRISPIN GALIANA GONZALEZ-MORAS

**ORDER**

It is hereby ordered that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from November 15, 2019, through December 4, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) and Local Code T4 because the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial. Nothing in this order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO ORDERED.

Dated: November 20, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE